**Petition for Writ of Mandamus Denied and Memorandum Opinion filed October 26, 2021.**



In The

# Fourteenth Court of Appeals

### NO. 14-21-00041-CV

## IN RE TAYLOR MORRISON OF TEXAS, INC. AND TAYLOR WOODROW COMMUNITIES-LEAGUE CITY, LTD., Relators

### ORIGINAL PROCEEDING
### WRIT OF MANDAMUS
### 56th District Court
### Galveston County, Texas
### Trial Court Cause No. 20-CV-0294

## MEMORANDUM OPINION

On January 19, 2021, relators Taylor Morrison of Texas, Inc. and Taylor Woodrow Communities-League City, Ltd. filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. Relators therein ask this Court to compel the Honorable Lonnie Cox, presiding judge of the 56th District Court, to vacate a discovery order requiring them to answer a set of discovery requests and enter an order both sustaining relators' objection to the discovery requests and denying an underlying motion to compel.

Relators have not shown they are entitled to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Hassan and Poissant.